

Case 1:19-cv-00453-KBJ Document 22 Filed 05/29/19

**RECEIVED Mail Room MAY 29 2019** Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

NIXIE 207 CE 1 5505/24/19
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 20001 *2217-03965-03-00

U.S. POSTAGE » PITNEY BOWES
ZIP 20001 $ 000.50
02 1W
0001399957 MAY 02 20

DENISE THOMAS
Central Detention Facility (DC Jail)
1901 D Street, SE
Washington, DC 20003

UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS