UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUSTIN PLUMMER, *Plaintiff,* v. THE DISTRICT OF COLUMBIA, *et al.*, *Defendants.* | 1:19-cv-00453-KBJ |

**JOINT STATUS REPORT**

On January 28, 2020, this Court issued a Minute Order referring this matter to a magistrate judge for mediation and setting a deadline of April 4, 2020 for the parties to file a joint status report regarding further proceedings. Although the Chief Judge issued an Order on April 2, 2020 postponing proceedings in civil matters to June 1, 2020, the parties nonetheless apologize to the Court for not meeting the April 4, 2020 deadline. Regardless, the parties are pleased to report that they have reached a settlement in this matter. Plaintiff will file a stipulation of dismissal once Plaintiff's counsel receives the settlement payment.

DATED: April 8, 2020

Respectfully submitted

*/s/ William Claiborne*
WILLIAM CLAIBORNE [446579]
ClaiborneLaw
717 D Street, N.W., Suite 300
Washington, D.C. 20004
(202) 824-0700
claibornelaw@gmail.com

*Counsel for Plaintiff*

KARL A. RACINE

Attorney General for
the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Michael K. Addo
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

/s/ Philip A. Medley
PHILIP A. MEDLEY [1010307]
BENJAMIN BRYANT [1047632]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 724-6626
(202) 741-5920 (fax)
philip.medley@dc.gov

*Counsel for Defendants*